**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-2126**

_____

DORA L. ADKINS,

Plaintiff - Appellant,

v.

AMERICAN SERVICE CENTER ASSOCIATES OF ALEXANDRIA, LLC,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Rossie David Alston, Jr., District Judge.  (1:22-cv-00915-RDA-IDD)

_____

Submitted:  March 21, 2023                                    Decided:  March 23, 2023

_____

Before WYNN and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Dora L. Adkins, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dora L. Adkins appeals the district court's order denying her motion for leave to file an amended emergency complaint and denying as moot her motions for leave to file an emergency complaint, for leave to proceed in forma pauperis, and for leave to file exhibits supporting the amended emergency complaint. We have reviewed the record and find no reversible error. Accordingly, we grant Adkins' motions for leave to amend her informal opening brief and affirm for the reasons stated by the district court. *Adkins v. Am. Serv. Ctr. Assocs. of Alexandria, LLC*, No. 1:22-cv-00915-RDA-IDD (E.D. Va. Oct. 20, 2022). We deny Adkins' motions to vacate and remand, to remand, for leave to vacate and remand, to withdraw, for leave to submit related criminal documentation, for leave to amend, and for leave to amend and moot all other motions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2